IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| DEBBIE LLANES AND RICHARD LLANES, | § § § | |
| Plaintiffs, | § § | |
| V. | § § | No. 3:13-cv-2243-M-BN |
| U. S. BANK, NATIONAL ASSOCIATION, TRUSTEE, | § § § § | |
| Defendant. | § | |

**ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE**

After making an independent review of the pleadings, files and records in this case, and the Findings, Conclusions, and Recommendation of the United States Magistrate Judge dated December 13, 2013, the Court finds that the Findings and Recommendation of the Magistrate Judge are correct and they are accepted as the Findings, Conclusions, and Recommendation of the Court.

**IT IS, THEREFORE, ORDERED** that the Findings, Conclusions, and Recommendation of the United States Magistrate Judge are accepted.

Plaintiff has twenty-one (21) days from the date of this order in which to file an amended complaint. If Plaintiff fails to do so, this case will be dismissed with prejudice without further notice.

**SO ORDERED** this 8th day of January, 2014.

_____
BARBARA M. G. LYNN
UNITED STATES DISTRICT JUDGE
NORTHERN DISTRICT OF TEXAS