IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| DEBBIE LLANES AND RICHARD LLANES, | § § § |
| Plaintiffs, | § § |
| V. | §   No. 3:13-CV-2243-M-BN § |
| U. S. BANK, NATIONAL ASSOCIATION, TRUSTEE, | § § § § |
| Defendant. | § |

**ORDER ACCEPTING FINDINGS AND RECOMMENDATION
OF THE UNITED STATES MAGISTRATE JUDGE**

The United States Magistrate Judge made Findings, Conclusions, and a Recommendation in this case on May 30, 2014. *See* Dkt. No. 25. No objections were filed. The District Court reviewed the proposed Findings, Conclusions, and Recommendation for plain error. Finding none, the Court ACCEPTS the Findings, Conclusions and Recommendation of the United States Magistrate Judge.

Defendant's Motion for Summary Judgment [Dkt. No. 20] is GRANTED as to Plaintiffs' claims under the Texas Debt Collection Act, and Plaintiffs' Texas Debt Collection Act claim is DISMISSED WITH PREJUDICE. Defendant's Motion for Summary Judgment [Dkt. No. 20] is DENIED as to Plaintiffs' breach of contract and quiet title claims.

**SO ORDERED** this 25th day of June, 2014.

*[signature]*
**BARBARA M. G. LYNN
UNITED STATES DISTRICT JUDGE
NORTHERN DISTRICT OF TEXAS**